USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNG EIK HONG et al.,

                                **Plaintiffs,**                                   19-CV-04336 (SN)

                       -against-                                               **ORDER**

QUEST INTERNATIONAL LIMOSINE, INC. et al.,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The Court's October 2, 2019 order directed the parties to file a joint letter regarding the status of discovery by Monday, December 2, 2019. ECF No. 29. The parties did not file such a letter. No later than December 9, 2019, the parties are directed to file the joint status letter on the docket.

**SO ORDERED**.

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      December 4, 2019
                 New York, New York