**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

SUNG EIK HONG, et al.,

                                        **Plaintiffs,**                                        **19-CV-04336 (SN)**

                         -against-                                                            **ORDER**

QUEST INTERNATIONAL LIMOSINE, INC., et al.,

                                        **Defendants.**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 1/24/2020

**SARAH NETBURN, United States Magistrate Judge**:

        Fact discovery closed on January 22, 2020. The parties are directed to file a joint letter by January 31, 2020, regarding the status of settlement discussions in this case and indicating whether the parties wish to appear for a settlement conference before me or another magistrate judge or be referred to the Court's mediation program. The letter should also indicate whether any party intends to file any pretrial motions (other than motions in limine) and how long the parties anticipate the bench trial.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        January 24, 2020
                New York, New York