UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNG EIK HONG, et al.,

                                       **Plaintiffs,**

                                       -against-

QUEST INTERNATIONAL LIMOSINE, INC., et al.,

                                       **Defendants.**

-----------------------------------------------------------------X

19-CV-04336 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2020

**SARAH NETBURN, United States Magistrate Judge**:

On January 24, 2020, the Court ordered the parties to file a joint letter by January 31, 2020, regarding the status of settlement discussions in this case and indicating whether the parties wish to appear for a settlement conference before me or another magistrate judge or be referred to the Court's mediation program. ECF No. 39. The parties have not filed a status letter. No later than February 18, 2020, the parties are to file a status letter in accordance with the Court's order at ECF No. 39.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 12, 2020
                New York, New York