UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNG EIK HONG, et al.,

                                 Plaintiffs,                       19-CV-04336 (SN)

               -against-                               **ORDER**

QUEST INTERNATIONAL LIMOUSINE, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of recent public health developments, the settlement conference scheduled for Wednesday, March 25, 2020, at 2:00 p.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

                                                                     _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      March 16, 2020
                  New York, New York