```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNG EIK HONG, et al.,

                              **Plaintiffs,**

              **-against-**

QUEST INTERNATIONAL LIMOUSINE, INC.,
et al.,

                              **Defendants.**

-----------------------------------------------------------------X

19-CV-04336 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      The Court's March 25, 2020 Order, ECF No. 51, directed the parties to file a status letter regarding outstanding discovery and to propose dates of all outstanding depositions and the means of conducting them. The parties have not filed a status letter. No later than May 4, 2020, the parties shall file a status letter as detailed in the Court's March 25, 2020 Order.

**SO ORDERED**.

                                                          _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:       April 29, 2020
                  New York, New York