UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNG EIK HONG et al.,

                                        **Plaintiffs,**                                  **19-CV-04336 (SN)**

                  -against-                                                   **ORDER**

QUEST INTERNATIONAL LIMOUSINE, INC. et al.,

                                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On August 6, 2020, the parties appeared for a telephonic status conference. As discussed at the conference, the following deadlines will apply in this case:

1. By August 20, 2020, Plaintiffs shall respond to Defendants' interrogatories.

2. By August 24, 2020, the parties shall file a joint status letter. If Defendants intend to move for summary judgment, the letter shall include a proposed briefing schedule for that motion. If Defendants do not intend to file a motion for summary judgment, the letter shall request a date for a bench trial.

**SO ORDERED**.

                                                                                       SARAH NETBURN
                                                                                 United States Magistrate Judge

DATED:      August 12, 2020
                  New York, New York