UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNG EIK HONG, et al.,

                       Plaintiffs,                                19-CV-04336 (SN)

            -against-                                        **ORDER**

QUEST INTERNATIONAL LIMOSINE, INC., et al.,

                       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On May 28, 2021, the Court granted Defendant James Park's motion for summary judgment. Accordingly, a telephonic status conference is scheduled for June 11, 2021, at 2:00 p.m. at which to discuss any outstanding issues before scheduling a trial. At that time the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties should be prepared to discuss a pretrial schedule and trial dates, and whether there is an interest in a settlement conference. Because the Court will be available to conduct a bench trial more quickly than a jury trial, the parties should also be prepared to discuss whether they wish to waive their right to a jury trial.

**SO ORDERED**.

                                                                                        _____
                                                                                        SARAH NETBURN
                                                                                        United States Magistrate Judge

Dated:  June 8, 2021
           New York, New York