```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNG EIK HONG, et al.,

                              **Plaintiffs,**                        **19-CV-04336 (SN)**

        -against-                                            **ORDER**

QUEST INTERNATIONAL LIMOSINE, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        Due to a scheduling conflict, the conference scheduled for June 11, 2021, at 2:00 p.m. is ADJOURNED and RESCHEDULED for Wednesday, June 16, 2021, at 3:00 p.m. At that time the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties should be prepared to discuss a pretrial schedule and trial dates, and whether there is an interest in a settlement conference. Because the Court will be available to conduct a bench trial more quickly than a jury trial, the parties should also be prepared to discuss whether they wish to waive their right to a jury trial.

**SO ORDERED**.

                                                                     _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

Dated:  June 10, 2021
            New York, New York