UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNG EIK HONG, et al.,

                                    Plaintiffs,                        19-CV-04336 (SN)

                                                                                                    **ORDER**

                    -against-

QUEST INTERNATIONAL LIMOUSINE, et al.,

                                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      This case has been scheduled for an eight-day trial to begin the week of November 8, 2021. The parties are directed to meet and confer regarding the Joint Pretrial Order, and to file a status letter with the Court no later than September 10, 2021, indicating whether they wish to waive their right to a jury trial and proceed with a bench trial. The parties' letter should also address whether the parties request to be referred to the Court-annexed Mediation Program for mediation or to another magistrate judge for settlement.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

Dated:    August 27, 2021
              New York, New York