```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUNG EIK HONG, et al.,

                        Plaintiffs,                    19-CV-04336 (SN)

          -against-                                    ORDER


QUEST INTERNATIONAL LIMOUSINE, et al.,

                        Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

Despite having requested a jury trial as recently as September 10, 2021, the parties' October 6, 2021 Proposed Pretrial Order requests a bench trial. The Court has secured a non-jury courtroom that can accommodate a bench trial consistent with the Court's COVID Protocols for the week of November 29, 2021. Accordingly, the final pretrial conference previously scheduled for 10:00 a.m. on November 3, 2021, is ADJOURNED to 3:00 p.m. on November 18, 2021, in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Court will issue additional details regarding the trial in due course.

In addition, the parties are ORDERED to meet and confer whether they prefer to submit direct testimony by declaration, with cross-examination and redirect live. If so, the parties shall file their direct testimony by declaration no later than November 12, 2021.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:   November 1, 2021
              New York, New York