```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUNG EIK HONG, et al.,

                           Plaintiffs,                        19-CV-04336 (SN)

        -against-                                             ORDER


QUEST INTERNATIONAL LIMOUSINE, et al.,

                           Defendants.
-----------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiffs were initially ordered to submit their direct testimony by declaration on November 12, 2021. At Plaintiffs' request, the Court has granted multiple extensions, first until November 18, 2021, ECF No. 93, and then until November 22, 2021, as ordered during the parties' final pretrial conference. As of the issuance of this Order, the Court has not received Plaintiffs' direct testimony.

The trial in this case is set to begin on Monday, November 29, 2021, in less than two full business days. Plaintiffs have had ample time to submit their testimony by declaration—indeed, the Court granted Plaintiffs over a week of additional time to do so. Plaintiffs must submit any direct testimony they wish to use at trial by 11:59 p.m. on November 23, 2021. Otherwise, the Court may consider sanctions, including an award of attorneys' fees and entry of default.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 23, 2021
         New York, New York