```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUNG EIK HONG, et al.,

                            Plaintiffs,               19-CV-04336 (SN)

            -against-                                     ORDER


QUEST INTERNATIONAL LIMOUSINE, et al.,

                            Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The bench trial in this matter began on November 29, 2021, and concluded on December 1, 2021. In light of the conclusion of trial, the parties are ORDERED to file Proposed Findings of Fact and Conclusions of Law, which should address all questions of fact and law that arose at trial, including but not limited to the Plaintiffs' eligibility for relief under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), or any other state or common law claims. The filings should set out with specificity the categories and amount of damages that each Plaintiff seeks, including the manner and method used to calculate any claimed damages. The findings must cite to the trial record, including any exhibits that were admitted during trial and those portions of the deposition of Scott Choi that are designated by the parties.

The parties must each file their Proposed Findings of Fact and Conclusions of Law no later than December 29, 2021.

**SO ORDERED.**

                                                                                                SARAH NETBURN
                                                                                              United States Magistrate Judge

DATED:     December 2, 2021
                New York, New York