```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUNG EIK HONG, et al.,

                        Plaintiffs,                                19-CV-04336 (SN)

        -against-                                                  ORDER

QUEST INTERNATIONAL LIMOUSINE, et al.,

                        Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2022

**SARAH NETBURN, United States Magistrate Judge:**

A final conference shall be held at 2:30 p.m. on Thursday, February 3, 2022. At that time, the parties should dial in to the Court's dedicated teleconference line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: January 28, 2022
New York, New York