UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUNG EIK HONG, et al.,

                                        Plaintiffs,

                    -against-

QUEST INTERNATIONAL LIMOUSINE, et al.,

                                        Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:___   2/3/2022
```

19-CV-04336 (SN)

__ORDER__

SARAH NETBURN, United States Magistrate Judge:

      For the reasons stated on the record during the February 3, 2022 conference, and

following a bench trial on November 29, 30, and December 1, 2021, I find that Plaintiffs have

not proven their Fair Labor Standards Act, New York Labor Law, or state common law claims

by a preponderance of the evidence. I therefore find for Defendants on all counts. The Clerk of

Court is respectfully directed to enter judgment in Defendants' favor and to close the case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 3, 2022
             New York, New York