UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUNG EIK HONG, et al.,,

                              Plaintiff,                        19 **CIVIL** 4336 (SN)

             -against-                           **JUDGMENT**

QUEST INTERNATIONAL LIMOUSINE, et al.,

                             Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 3, 2022, and for the reasons stated on the record during the February 3, 2022 conference, and following a bench trial on November 29, 30, and December 1, 2021, judgment is entered in Defendants' favor, and the case is closed.

**Dated:**  New York, New York
           February 4, 2022

                                                              RUBY J. KRAJICK
                                                              Clerk of Court

                                               BY:
                                                               Deputy Clerk